

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-19-00138-CR
No. 02-19-00139-CR
No. 02-19-00140-CR
No. 02-19-00141-CR

---

BRIAN HILBY, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 16th District Court
Denton County, Texas
Trial Court No. F17-1079-16, F16-3053-16, F16-3052-16, F18-163-16

---

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss the above appeals. Because we have not yet decided these cases, we grant the motion and dismiss the appeals. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 25, 2019